CERTIFICATE OF SERVICE

I, Karen B. Schneller/Robert H. Lomenick, attorney for Debtor(s), do hereby certify that by filing the attached Notice and Chapter 13 Plan, I have caused the following parties to be served electronically via ECF:

**Locke D. Barkley, Chapter 13 Trustee**
**Office of U.S. Trustee**

I certify that I have this day served a true and correct copy of the attached Notice and Chapter 13 Plan by U.S. Mail,[1], postage pre-paid, to the following creditor(s) listed in Section 3.2 and/or 3.4 of the Plan pursuant to Fed.R. Bankr. P. 7004:

**Bank of Holly Springs –via certified mail**
**Post Office Box 250**
**Holly Springs, MS 38635**

**ADF Automotive**
**815 City Avenue S**
**Ripley, MS 38663**

**Republic Finance**
**Post Office Box 15429**
**Baton Rouge, LA  70895**

I further certify that I have this day served a true and correct copy of the Notice and Chapter 13 Plan by U.S. Mail, postage prepaid, to all other parties listed on the attached master mailing list (matrix).

Dated: September 11, 2018

/s/Robert H. Lomenick
KAREN B. SCHNELLER, MSB # 6558
ROBERT H. LOMENICK, JR., MSB #104186
SCHNELLER & LOMENICK, P.A.
126 NORTH SPRING STREET
POST OFFICE BOX 417
HOLLY SPRINGS, MISSISSIPPI 38635
(662) 252-3224/karen.schneller@gmail.com
rlomenick@gmail.com

---

[1] If the creditor is an insured depository institution, service has been made by certified mail.