# United States Bankruptcy Court
## Northern District of Mississippi

In re  **Douglas Edward Holloway**  
Debtor(s)

Case No. **18-13330**  
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **November 21, 2018**, a copy of **First Amended Chapter 13 Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**ADF**
**815 City Avenue South**
**Ripley, MS 38663**

**Bank Of Holly Springs**
**PO Box 250**
**Holly Springs, MS 38635-0250**

**Consolidated Recovery Systems\*\*\***
**PO Box 1719**
**Memphis, TN 38101-1719**

**Credit One Bank\*\*\***
**P.O. Box 98873**
**Las Vegas, NV 89193-8873**

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101**

**Internal Revenue Service**
**Special Procedures**
**100 West Capital St, Stop 18**
**Jackson, MS 39269**

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101**

**Marshall County Chancery Clerk**
**P.O. Box 219**
**Holly Springs, MS 38635**

**Marshall County Circuit Court\*\*\***
**Post Office Box 459**
**Holly Springs, MS 38635**

**Marshall County Tax Collector**
**PO Box 40**
**Holly Springs, MS 38635-0040**

**MDHS - CSE**
**Attn: Bankruptcy Reporting Contact**
**P.O. Box 352**
**Jackson, MS 39205**

**MDHS\*\***
**Susanne Merchants, Esq.**
**PO Box 352**
**Jackson, MS 39205-0352**

**Methodist Healthcare**
**Post Office Box 2279**
**Memphis, TN 38101**

**Midland Credit Management\*\*\***
**PO Box 2011**
**Warren, MI 48090**

**Mississippi Department Of Revenue**
**Bankruptcy Division**

**P.O. Box 22808**
**Jackson, MS 39225**

**Office Of U.S. Attorney**
**Internal Revenue Service**
**900 Jefferson Ave**
**Oxford, MS 38655-3608**

**Republic Finance**
**PO Box 15429**
**Baton Rouge, LA 70895-5429**

**/s/ Robert H. Lomenick**
**Robert H. Lomenick 104186**
**Schneller & Lomenick, P.A.**
**126 North Spring Street**
**Post Office Box 417**
**Holly Springs, MS 38635**
**662-252-3224 Fax:662-252-2858**
**rlomenick@gmail.com**