UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: DOUGLAS EDWARD HOLLOWAY            Case No.: 18-13330

### CREDITOR'S, AUTO CREDITO, LLC, MOTION FOR ABANDONMENT AND RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY

**COMES NOW**, the Creditor, Auto Credito, LLC, by and through its attorney of record, and files this its Motion for Abandonment and Relief from Automatic Stay and Co-Debtor Stay, and in support thereof, would respectfully show unto this Honorable Court, as follows:

**(1)**

On August 30, 2018, Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code.

**(2)**

Creditor would show that the creditor holds an interest in the following property which secures this debt namely, a 2007 Chevrolet Silverado 1500 VIN#1GCEC19C57Z515081.

**(3)**

That Syria Holloway is a co-maker on the subject loan and as such has not been making the payments on the subject debt.

**(4)**

That the trustee and the debtor should abandon any interest that they may have in the collateral and the stay should be lifted as to the co-debtor, Syria Holloway.

**WHEREFORE, Premises Considered**, Creditor, Auto Credito, LLC prays that the Bankruptcy Court will abandon and surrender the above described collateral to Auto Credito,

LLC and grant Auto Credito, LLC relief from the automatic stay as to the co-debtor, Syria Holloway, to collect the debt or repossess the collateral held by the Creditor herein.

**RESPECTFULLY SUBMITTED, this the 9th day of January, 2019.**

                **Auto Credito, LLC, Creditor**

                AKINS & ADAMS, P. A.


                By:/s/ Bart M. Adams
                   Bart M. Adams
                   Attorney for Auto Credito, LLC


AKINS & ADAMS, P. A.
108 E. JEFFERSON STREET
RIPLEY, MISSISSIPPI 38663
(662) 837-9976

## CERTIFICATE OF SERVICE

  I, Bart M. Adams, attorney of record for the Creditor, do hereby certify that the following parties, being registered with the CM/ECF system, have this day received electronic notification to:

| | |
|---|---|
| Locke D. Barkley | sbeasley@barkley13.com |
| U. S Trustee | USTPRegion05.AB.ECF@usdoj.gov |
| Robert H. Lomenick, Jr. | rlomenick@gmail.com |

Syria Holloway
320 Pegues St.
Holly Springs, MS 38635

  SO, CERTIFIED, this, the 9th day of January, 2019.

               /s/ Bart M. Adams
               Bart M. Adams
               Attorney for Creditor